In the Matter of the Accounting of ELIZA J. ARKENBURGH et al., as Executors of ROBERT H. ARKENBURGH, Deceased.

OLIVER M. ARKENBURGH, as Executor, Appellant; ELIZA J. WIGGINS et al., Respondents.

*Matter of Arkenburgh,* 69 App. Div. 618, appeal dismissed.
(Submitted February 9, 1903; decided February 17, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial depart-

ment made March 7, 1902, which modified, and affirmed as modified, a decree of the Rockland County Surrogate's Court settling the accounts of the executors of Robert H. Arkenburgh, deceased.

The motion was made upon the ground that the order was not appealable to the Court of Appeals.

*C. E. Souther* for motion.

*R. Forsyth Little, Jr.*, opposed.

Motion granted, with costs in this court and ten dollars costs of motion.